JOHN F. DAILEY, JR., as Trustee in Reorganization of 263 West 38th Street Corporation, et al., Respondents, v. GLENTOWNE COAT CO. INC., et al., Defendants, and HARRY GIDINSKY, Defendant-Appellant.— Final judgment so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Untermyer, J., dissents and votes to reverse and dismiss the complaint.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD D. MACALPINE, Respondent, against RUTHE F. MACALPINE, Appellant.— Order so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

1035 FIFTH AVENUE CORPORATION, Respondent, v. CAROLYN TRIPPE, Appellant.— Order so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

1035 FIFTH AVENUE CORPORATION, Respondent, v. CAROLYN TRIPPE, Appellant.— Order so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of CARL S. BRESNICK, as a Stockholder of BROOKLYN FOX CORPORATION, Respondent, for an Order Permitting Inspection of Books, Records and Papers of BROOKLYN FOX CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the inspection and examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of BROOKLYN SAVINGS BANK, as Holder of Mortgages on Premises 105-109 Liberty Street and 2-10 Church Street, New York, Respondent, for an Order Directing Payment of Surplus Income of Said Mortgaged Premises. MILDRED R. CORBETT et al., as Trustees under the Will of GEORGE N. ROBINSON, Deceased, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT PITCHER, Appellant, against DAISY POWELL, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of BUNGE NORTH AMERICAN GRAIN CORPORATION et al., Appellants, for an Order Directing Arbitration with SMITH & BIRD, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 983.]

LOUIS HOROWITZ, Respondent, v. BURTON BREWING COMPANY, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY C. BANNISTER, Appellant, v. NEWS SYNDICATE CO., INC., Respondent. — Order unanimously affirmed, with twenty dollars costs and disbursements. The printing of the exhibits may be dispensed with, the originals to be handed up on the argument of the appeal. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 754.]